**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**BOBBY LYNN GREEN,**
**ADC #90764**                                                                                       **PLAINTIFF**

**VS.**                              **2:15-CV-199-BRW-BD**

**WALLACE B. McNARY, et al.**                                                         **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere.[1]  No objections have been filed and the time for doing so has passed.[2]  After careful review of the Recommendation, I adopt as my findings in all respects the Recommendation in its entirety.

Accordingly, Mr. Green's claims against Defendant "David" are DISMISSED, without prejudice, based on his failure to comply with the Court's March 7, 2016 Order.[3]

IT IS SO ORDERED, this 20th day of September, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 45.

[2] Objections were due September 15, 2016.

[3] Doc. No. 24.