# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BOBBY LYNN GREEN,**
**ADC #090764**                                                                                 **PLAINTIFF**

V.                          CASE NO. 2:15-CV-00199 BRW/BD

**WALLACE B. McNARY, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE